**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v.   Kevin Justin Reed | Mag. Judge:   Sally J. Berens |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:25-mj-00143-SJB | 3/18/2025 | 1:39 PM - 1:45 PM | Grand Rapids | |

**APPEARANCES:**

| Government:<br>Ronald M. Stella | Defendant:<br>Jasna Tosic* | Counsel Designation:<br>FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Out-of-District Warrant SD OH 2:25-mj-147 | Read __<br>Reading Waived __ |

### TYPE OF HEARING

✓ First Appearance
__ Arraignment:
  __ mute     __ nolo contendre
  __ not guilty     __ guilty
__ Initial Pretrial Conference
__ Detention   (waived __ )
__ Preliminary   (waived __ )
✓ Rule 5 Proceeding
__ Revocation/SRV/PV
__ Bond Violation
__ Change of Plea
__ Sentencing
__ Other: _____

### DOCUMENTS

__ Defendant's Rights
✓ Waiver of  Rule 5 and 5.1 Hearings
__ Consent to Mag. Judge for _____
__ Other:
_____
_____
Court to Issue:
  __ Report & Recommendation
  __ Order of Detention
  __ Order to file IPTC Statements
  __ Bindover Order
  ✓ Order Appointing Counsel
  ✓ Other:
Rule 5(f) Order

### CHANGE OF PLEA

Guilty Plea to Count(s) _____
of the _____
Count(s) to be dismissed at sentencing:
_____
Presentence Report:
  __ Ordered     __ Waived
__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION

__ Case appears appropriate for
   expedited resolution

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| *Attorney Tosic provisionally appeared on defendant's behalf for today's purposes only. | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:    __ Yes  __ No<br>Defendant informed of right to appeal:    __ Yes   __ No<br>Counsel informed of obligation to file appeal: __ Yes   __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |
| **CASE TO BE:**   Set for Hearing before Mag. Judge | **TYPE OF HEARING:**  Detention Hearing |
| **Reporter/Recorder:**   Digitally Recorded | **Courtroom Deputy:**      J. Norton |